**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
DEC 2 1 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. STACY KAY DITTY, Defendant. | CR 18-152-BLG-SPW<br><br>**INDICTMENT**<br><br>**TAX EVASION**<br>Title 26 U.S.C. § 7201<br>(Counts I-III)<br>(Penalty: Five years imprisonment, $100,000 fine, costs of prosecution, and three years supervised release)<br><br>**FEDERAL FALSE DOCUMENT**<br>Title 18 U.S.C. § 1001(a)(3)<br>(Count IV-V)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about April 15, 2015, at Sidney, within Richland County, and

1

elsewhere, in the State and District of Montana, the defendant, STACY KAY DITTY, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2014, by filing and causing to be filed with the Internal Revenue Service a false and fraudulent United States Individual Income Tax Return, Form 1040, wherein she reported a taxable income of $24,813.00 for the calendar year 2014, and claimed that the amount she owed the Internal Revenue Service was $190.00, whereas, as she then and there well knew and believed, there was an additional tax due and owing to the United States of America, resulting in a loss to the United States of America of approximately $9,693.00, in violation of 26 U.S.C. § 7201.

COUNT II

That on or about April 15, 2016, at Sidney, within Richland County, and elsewhere, in the State and District of Montana, the defendant, STACY KAY DITTY, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2015, by filing and causing to be filed with the Internal Revenue Service a false and fraudulent United States Individual Income Tax Return, Form 1040, wherein she stated that her taxable income for the calendar year 2015 was the sum of $21,930.00, and claimed a refund of $1,638.00, whereas, as she then and there well knew and believed, there was an additional tax due and owing to the United States

of America, resulting in a loss to the United States of America of approximately $10,654.00, in violation of 26 U.S.C. § 7201.

## COUNT III

That on or about April 15, 2017, at Sidney, within Richland County, and elsewhere, in the State and District of Montana, the defendant, STACY KAY DITTY, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2016, by filing and causing to be filed with the Internal Revenue Service a false and fraudulent United States Individual Income Tax Return, Form 1040, wherein she stated that her taxable income for the calendar year 2016 was the sum of $11,845.00, and claimed a refund of $564.00, whereas, as she then and there well knew and believed, there was an additional tax due and owing to the United States of America, resulting in a loss to the United States of America of approximately $5,236.00, in violation of 26 U.S.C. § 7201.

## COUNT IV

That on or about January 26, 2015, at Sidney, within Richland County, and elsewhere, in the State and District of Montana, the defendant, STACY KAY DITTY, willfully and knowingly made and used false writings and documents, in a matter within the jurisdiction of the executive branch of the United States, that is, the United States Department Housing and Urban Development, knowing the false

writings and documents contained materially false, fictitious, and fraudulent statements and entries, that is, in a Recertification of Annual Income by Tenant Family form representing annual income she received in 2014, STACY KAY DITTY failed and refused to disclose to the United States Department of Housing and Urban Development approximately $48,600.00 she received from embezzling funds from her employer, in violation of 18 U.S.C. § 1001(a)(3).

## COUNT V

That on or about February 23, 2016, at Sidney, within Richland County, and elsewhere, in the State and District of Montana, the defendant, STACY KAY DITTY, willfully and knowingly made and used false writings and documents, in a matter within the jurisdiction of the executive branch of the United States, that is, the United States Department Housing and Urban Development, knowing the false writings and documents contained materially false, fictitious, and fraudulent statements and entries, that is, in a Recertification of Annual Income by Tenant Family form representing annual income she received in 2015, STACY KAY DITTY failed and refused to disclose to the United States Department of Housing and Urban Development approximately $43,400.00 she received from embezzling funds from her employer, in violation of 18 U.S.C. § 1001(a)(3).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ _____
Warrant: _____
Bail: _____

Summons Date
January 23, 2019
@ 9:00 a.m.
Judge Cavan
Billings, MT

5