IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACY KAY DITTY,<br><br>Defendant,<br><br>RIVERSAGE PROPERTIES, LLC, d/b/a RIVERSAGE BILLINGS INN,<br><br>Garnishee. | Case No: 1:18-cr-00152-SPW<br><br>**FINAL ORDER FOR CONTINUING GARNISHMENT** |

Upon application of the United States, the Court issued a writ of continuing garnishment directed to Garnishee Riversage Properties, LLC, d/b/a Riversage Billings Inn. The United States duly served Defendant and Garnishee as required by law. Defendant did not request a hearing as prescribed by 28 U.S.C. § 3202(d). On October 27, 2026, Garnishee filed its answer stating that it no longer employs Defendant, and it has property in its possession or under its control which is owned by or owed to Defendant in the form of earnings. Defendant did not object to the answer as prescribed by 28 U.S.C. § 3205(c)(5).

**IT IS ORDERED** that Garnishee shall pay to the Clerk of Court 25% of Defendant's nonexempt disposable earnings as defined by 15 U.S.C. § 1673, or a lesser amount as may be required by § 1673. Payment shall be made to the Clerk of

Court at the time Defendant is paid and shall continue until the Defendant's debt is paid in full or expires; until Garnishee no longer has custody, possession, or control of any property belonging to Defendant; or until further order of this Court. This garnishment shall continue if Garnishee reinstates or reemploys Defendant within 90 days of separation. Payments shall be made payable to "Clerk of U.S. District Court" and include the memo **"Stacy Ditty 1:18-cr-152"** and shall be mailed to:

Clerk of U.S. District Court
2601 Second Ave. North, Ste 1200
Billings, MT 59101

or electronically as may be authorized and directed by the Clerk of Court.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 3011(a), the United States shall be entitled to recover a surcharge of 10% of the amount of the outstanding debt after the criminal monetary penalties are paid in full.

**IT IS FURTHER ORDERED** that Garnishee shall immediately pay all amounts Garnishee is currently holding pursuant to the writ of continuing garnishment as provided in this order.

DATED this 17th day of November, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Court Judge